IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. SAG-22-0336 |
| JAMIE HENRY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER MODIFYING CONDITIONS OF RELEASE

The Court having considered the Defendant's unopposed Motion to Modify Conditions of Release, and good cause having been shown, it is this 23rd day of January, 2023,

WHEREAS Jamie Henry was released on September 29, 2022 pursuant to certain conditions; and

WHEREAS Jamie Henry's five year old son is in need of transportation to and from school; it is

HEREBY ORDERED, that on any day school is in session, Jamie Henry is authorized to leave his residence for one hour in the morning and one hour in the afternoon to transport his son to and from elementary school as approved in advance by pretrial services. All other present conditions of release remain in effect.

THE HONORABLE BRENDAN A. HURSON
United States Magistrate Judge