**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. SAG-22-0336** |
| ) | |
| **ANNA GABRIELIAN &** ) | |
| **JAMIE LEE HENRY,** ) | |
| ) | |
| **Defendants.** ) | |

**GOVERNMENT'S *IN CAMERA*, *EX PARTE*, UNDER SEAL
MOTION AND MEMORANDUM OF LAW FOR A PROTECTIVE ORDER
PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)**