IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:22-cr-00336-SAG |
| | : | |
| Anna Gabrelian, et al., | : | |
| | : | |
| Defendants. | | |

…ooOoo…

ENTRY OF APPEARANCE

To: Clerk of the Court

Please enter the appearance of P. Michael Cunningham, Assistant United States Attorney, as counsel for the United States, in the above-captioned case.

Very truly yours,

Erek L. Barron
United States Attorney

By: _____
P. Michael Cunningham
Assistant United States Attorney