**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

March 10, 2023

LETTER TO COUNSEL

    Re:   <u>U.S.A. v. Gabrielian, et al.</u>
            Criminal Case No. SAG-22-0336

Dear Counsel:

     The eight-day jury trial in this case is set to commence on May 22, 2023, at 9:30 a.m. Joint voir dire, a proposed verdict sheet, and the government's jury instructions, (with a copy in Microsoft Word e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine are due **April 21, 2023**.

     The Pretrial Conference is scheduled for May 5, 2023, at 9:30 a.m. in courtroom 7C.

     Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                                        Sincerely yours,

                                                        /s/

                                                       Stephanie A. Gallagher
                                                       United States District Judge