IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. SAG-22-0336 |
| JAMIE HENRY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER MODIFYING CONDITIONS OF RELEASE

The Court having considered the Defendant's unopposed Motion to Modify Conditions of Release, and good cause having been shown, it is this  20th  day of _____March_____, 2023,

WHEREAS Jamie Henry was released on September 29, 2022, pursuant to certain conditions; and

WHEREAS Jamie Henry has a scheduled Board of Inquiry Hearing at Fort Bragg in Fayetteville, North Carolina on April 10, 2023; it is

HEREBY ORDERED, that Jamie Henry may travel to Fayetteville, North Carolina on April 9, 2023, to attend to his Board of Inquiry hearing and he is allowed to stay in North Carolina until the conclusion of the hearing. Jamie Henry shall return to his home by 5:00 p.m. on the day after the Board of Inquiry hearing concludes.

FURTHER ORDERED that all other release conditions remain in full force and effect.

SO ORDERED.

_____
THE HONORABLE BRENDAN A. HURSON
United States Magistrate Judge