IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Criminal No. SAG-22-336 |
| ANNA GABRIELIAN & JAMIE LEE HENRY | * |
| Defendants. | * |

## ORDER

On this 5th day of May, 2023, this Court held a motions hearing in the above-captioned case. For the reasons stated during that hearing, it is ORDERED that:

(1) Defendant Jamie Lee Henry's Motion to Sever, ECF 48, is DENIED;

(2) Defendants' Motion in Limine for Additional Peremptory Challenges, ECF 52, is DEFERRED until jury selection;

(3) Defendants' Motion in Limine to Preclude Inflammatory Political Statements, ECF 53, is DENIED;

(4) The Government's Motion in Limine to Preclude Mention of Entrapment in Opening Statements, ECF 54, is DENIED;

(5) The Government's Motion in Limine to Preclude Cross Examination of the Undercover Agent Into Certain Matters, ECF 55, is DENIED, however the parties are directed to confer as described during the hearing; and

(6) Defendants' Motions for Bill of Particulars, ECF 58, 67, are DENIED AS MOOT.

/s/
Stephanie A. Gallagher
United States District Judge