IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG-22-336 |
| | * | |
| ANNA GABRIELIAN & | * | |
| JAMIE LEE HENRY, | * | |
| | * | |
| Defendants | * | |

******

## PROPOSED VERDICT FORM – DEFENDANT ANNA GABRIELIAN

**Count One: Conspiracy to An Offense Against the United States**

How do you find the defendant, ANNA GABRIELIAN, as to Count One of the Indictment?

Not Guilty _____          Guilty _____

If Not Guilty, move on to the questions for Count Two, you do not need to answer any further questions for Count One.

If Guilty, how do you unanimously find the defendant, ANNA GABRIELIAN, as to her intent in conspiring to transfer IIHI (check at least one):

Personal Gain _____          Malicious Harm_____

**Count Two: Wrongful Disclosure of Individually Identifiable Health Information (IIHI)**

How do you find the defendant, ANNA GABRIELIAN, as to Count Two of the Indictment?

Not Guilty _____          Guilty _____

If Not Guilty, move on to the questions for Count Three, you do not need to answer any further questions for Count Two.

If Guilty, how do you unanimously find the defendant, ANNA GABRIELIAN, as to her intent in transferring IIHI (check at least one):

Personal Gain _____          Malicious Harm_____

**Count Three: Wrongful Disclosure of Individually Identifiable Health Information (IIHI)**

1

How do you find the defendant, ANNA GABRIELIAN, as to Count Three of the Indictment?

    Not Guilty _____               Guilty _____

If Not Guilty, you do not need to answer any further questions for Count Three.

If Guilty, how do you unanimously find the defendant, ANNA GABRIELIAN, as to her intent in transferring IIHI (check at least one):

    Personal Gain _____            Malicious Harm_____

The foregoing constitutes the unanimous verdict of the jury.

_____                        _____
DATE                                                                 FOREPERSON