**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>**MDD_SAGchambers@mdd.uscourts.gov** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

June 8, 2023

LETTER TO COUNSEL

    Re:  <u>U.S.A. v. Gabrielian, et al.</u>
           Criminal Case No. SAG-22-0336

Dear Counsel:

     An eight-day retrial of this case has been set to commence on **November 27, 2023** at **9:30 a.m.** Joint voir dire, a proposed verdict sheet, and the government's jury instructions (with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine are due **October 13, 2023**. The Pretrial Conference has been scheduled for **November 13, 2023**, at **9:30 a.m.** in courtroom 7C.

     Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                                    Sincerely yours,

                                                    /s/

                                                  Stephanie A. Gallagher
                                                  United States District Judge