**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | **CRIMINAL NO.  1:22-336-SAG** |
| | * | |
| | * | |
| **ANNA GABRIELIAN and** | * | |
| **JAMIE LEE HENRY,** | * | |
| | * | |
| **Defendants.** | | |

**. . . . . . . . . .**

**DEFENDANT GABRIELIAN'S RESPONSE
TO GOVERNMENT'S CONSENT MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE TO RULE 29 MOTION**

On July 24, 2023, the Government requested a four-week extension to oppose Defendant's Rule 29 motion. The Government's proposed Order provided that the Government's opposition would be due August 21, 2023. Dkt. 147. By paperless Order, the Court granted the Government's motion. The Government just filed a "consent motion" for an extension until Friday, August 25.

Government counsel have been courteous in agreeing to defense requests for extensions. Defendants' last motion for an extension to file their Rule 29 motion said that Defendants would agree to any reasonable extensions requested by the Government.

Defense counsel have also been courteous in agreeing to the Government's extension requests. However, the Government's motion for an extension, filed two days after the deadline requested by the Government and ordered by the Court, puts

defense counsel in a difficult position with respect to their duties of zealous advocacy. The Government did not seek defense counsel's consent to file an extension after the Court deadline passed. Defense counsel first learned about the extension request when they saw the Government's filing on ECF. Defense counsel cannot consent to an unexplained failure to meet the filing deadline without waiving potential substantive rights of their clients.

Without being discourteous to Government counsel, defense counsel feel obligated to notify the Court that they did not consent to the post-deadline filing.

Respectfully submitted,

SCHERTLER ONORATO MEAD & SEARS, LLP

/s/ *Christopher Mead*
Christopher Mead, Bar No. 08661
Noah Cherry, PRO HAC VICE
555 Thirteen Street, NW
Suite 500 West
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
cmead@schertlerlaw.com
ncherry@schertlerlaw.com

*Counsel for Anna Gabrielian*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of August 2023, a true and correct copy of the foregoing was electronically filed and served on counsel for the United States through ECF.

*/s/ Noah Cherry*
