IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**               \*

                                             \*

   **v.**               \*               Case No. __1:22-336-SAG__

**Anna Gabrielian, et al.**               \*

     **Defendant.**               \*

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    Please enter my appearance as counsel for the defendant, __Jamie Lee Henry__.

I certify that: [check one that applies and complete]

✔ I am admitted to practice in this Court.

☐ I have been appointed to represent the defendant by the following United States court:
_____.

__09/12/2023__
Date

/s/ David I. Schoen
Signature

David I. Schoen; Bar # 28554
Printed name and bar number

David I. Schoen, Attorney at Law
Firm name

2800 Zelda Road, Suite 100-6, Montgomery, AL  36106
Address

Schoenlawfirm@gmail.com
Email address

334-395-6611; 917-941-7952
Telephone number

917-591-7586
Fax number

Please select your designation:

☐ CJA     ■ Retained     ☐ Public Defender     ☐ Pro Bono

**NOTE:**  Appearance of counsel may be withdrawn only with leave of Court.  *See* Local Rule 201.3.  Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**