**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>STEPHANIE A. GALLAGHER<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7780<br>MDD_SAGchambers@mdd.uscourts.gov |

September 28, 2023

LETTER TO COUNSEL

Re: <u>U.S.A. v. Gabrielian, et al.</u>
Criminal Case No. SAG-22-0336

Dear Counsel:

I am writing to memorialize our exchange about a question defense counsel proposed for inclusion in the questionnaire to be mailed to prospective jurors, and to advise counsel of my resolution. Defense counsel have requested two iterations of a question relating to whether a juror would hold Defendant Jamie Lee Henry to a different "standard" because of military association:

> Would you hold Defendant Jamie Lee Henry to a higher or lower standard than a similarly positioned individual because of Jamie Lee Henry's military service?

> Defendant Jaime [sic] Lee Henry served as a doctor for the military. Do you have any opinions or feelings toward the military or military service that would cause you to hold Jaime [sic] Lee Henry to a different standard than a similarly positioned individual, or otherwise prevent you from considering the evidence fairly and impartially?

This Court does not believe either question is appropriate. The question leaves "standard" undefined, which is likely to confuse prospective jurors. The only standard applicable in a criminal case is the Government's burden to prove each defendant's guilt beyond a reasonable doubt. The Government may, as it did in the first trial, argue that the jury should consider Dr. Henry's military service, including but not limited to security clearance and training, when evaluating the evidence in the case. The proposed questions can be read to suggest that consideration of such evidence would be improper. The real question is whether a juror would be biased, either for or against Dr. Henry, because of the military connection. Thus, this Court has included the following question in the questionnaire it has submitted to the jury section for mailing:

> Defendant Jamie Lee Henry served as a doctor for the military. Do you have any opinions or feelings toward the military or military service that would prevent you from considering the evidence or treating the defendant fairly and impartially?

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/
Stephanie A. Gallagher
United States District Judge