**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
Fax (410) 962-1812
MDD_SAGchambers@mdd.uscourts.gov

November 14, 2023

**LETTER ORDER**

Re: U.S.A. v. Gabrielian, et al.
Criminal Case No. SAG-22-0336

Dear Counsel,

After review of the relevant case law following yesterday's hearing, this Court has determined that a motion to dismiss the identity theft counts is not the proper mechanism to raise the arguments premised on *Dubin v. United States*, 599 U.S. 110 (2023). *Dubin* presented as a post-trial appeal, not a motion to dismiss. The Court's ruling did not rest on the statute's vagueness (either facially or as applied to Mr. Dubin), but on a finding that Mr. Dubin "did not use the patient's means of identification in relation to a predicate offense within the meaning of" the relevant statute. *Dubin*, 599 U.S. at 1574. In other words, the Court compared the applicable legal standard to the facts adduced at trial to make its ruling. Here, the relevant facts have not yet been adduced. *See United States v. Engle*, 676 F.3d 405, 415 (4th Cir. 2012) ("[A] court may not dismiss an indictment . . . on a determination of facts that should have been developed at trial." (quoting *United States v. Snipes*, 611 F.3d 855, 866 (11th Cir. 2010))).

This Court therefore denies Dr. Gabrielian's motion, ECF 175, as premature and without prejudice. Dr. Gabrielian is free to re-raise her *Dubin* argument at the Rule 29 stage of the trial. Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/
Stephanie A. Gallagher
United States District Judge