IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| v. | * Criminal Case No.: SAG-22-336 |
| **ANNA GABRIELIAN & JAMIE LEE HENRY,** | * |
| Defendants. | * |

## ORDER

For the reasons stated on the record at yesterday's hearing, it is this 14th day of November, 2023, ORDERED that:

(1) Defendants' motion for judgment of acquittal, ECF 145, is DENIED, except it is GRANTED as to the malicious harm theory of culpability in Counts Two through Nine. The Government may continue to proceed on Counts Two through Nine under the theory of personal gain only.

(2) Defendants' motion to admit certain emails, ECF 167, is DENIED, except it is GRANTED as to a version of the August 19, 2022, email, which will be admitted with the maximum penalty and information identifying the prosecutor redacted.

(3) Defendants' omnibus motion in limine to exclude certain argument and evidence, ECF 166, is DENIED. The Government will be permitted to argue and adduce evidence about Defendants' political statements, Dr. Henry's military status, and Defendants' general motive to help Russia. Both parties have committed not to call anyone on the other side un-American. The remaining arguments, which are presently denied without prejudice, may be re-raised by Defendants following completion of the upcoming proceedings

pursuant to the Classified Information Procedures Act, including the arguments pertaining to the use or desirability of medical records of important political figures or other U.S. nationals, and the risk of retaliation against Defendants on U.S. soil.

(4) The Government will not be permitted, at the second trial, to argue a theory of personal gain premised on the avoidance of feared harm from Russian intelligence.

_____/s/_____<br>
Stephanie A. Gallagher<br>
United States District Judge