# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.  1:22-336-SAG** |
| | * | |
| **ANNA GABRIELIAN and** | * | |
| **JAMIE LEE HENRY,** | * | |
| | * | |
| **Defendants.** | | |

**. . . . . . . . . .**

## [PROPOSED] ORDER

The Court having considered the Unopposed Motion to Modify Defendant Jamie Lee Henry's Conditions of Release ECF 181, and having been advised that Pretrial Services has approved the request and that Government counsel defers to Pretrial Services, it is this <u>16th</u> day of November, 2023:

**HEREBY ORDERED**, that Defendant Henry's conditions of release are modified as follows:

Defendant Henry is permitted to travel to and from and attend the program set out in his motion between November 16 and November 19, 2023.  All other conditions of release not affected by this relief remain in effect.

_____
/s/
/s/ Stephanie A. Gallagher
United States District Judge