IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO. 1:22-336-SAG |
| ANNA GABRIELIAN and JAMIE LEE HENRY, | * | |
| Defendants. | * | |

**DEFENDANTS' NOTICE RE: CLASSIFIED INFORMATION PROCEDURES ACT ("CIPA") AND SPEEDY TRIAL ACT WAIVER**

Defendants Dr. Anna Gabrielian and Dr. Jamie Lee Henry, by and through the undersigned counsel, provide this Notice to formalize for the record their joint position on issues that were the subject of discussion during the Status Conference held in this case on November 13, 2023. Defendants give notice of the following:

1. It has become clear to the undersigned counsel and to the Defendants that, for a number of reasons, in order to secure the Defendants' rights under the 5th and 6th Amendments to the United States Constitution in this case, it is necessary to engage the Classified Information Procedures Act, Pub. L. 96-456, 94 Stat. 2025, 18 U.S.C. App. 3 §§ 1-16 ("CIPA") and for the Act to play a role in the case going forward.

2. To that end, defense counsel will coordinate with Government counsel to obtain security clearances as expeditiously as possible and to proceed in that manner pursuant to the Act's provisions.

3. Defendants understand and agree that this development requires a

postponement of the trial date previously scheduled to begin on November 28, 2023, to a future date that cannot yet be determined. The Defendants agree that an initial period of six (6) months' delay in order to pursue relevant matters through CIPA procedures is reasonable and hereby agree that such six (6) months period ought to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

Specifically, Defendants respectfully submit, subject to the Court's assessment, of course, that such time period should be excluded under 18 U.S.C. § 3161 (h)(7)(A), based on a belief that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendants in a speedy trial, and after a consideration of the relevant factors under 18 U.S.C. § (h)(7)(B). Government counsel has authorized the undersigned to represent to the Court that the Government agrees that this section of the Speedy Trial Act justifies a six (6) months continuance and the exclusion of this six (6) months period from the time calculation under the Act. Defendants also believe that, given the unresolved status of certain unresolved pre-trial motion issues discussed during the Status Conference, the six (6) months time period also is properly excludable under 18 U.S.C. § 3161 (h)(1)(D).

                              Respectfully submitted,

                              SCHERTLER ONORATO MEAD & SEARS, LLP

                              */s/ Christopher Mead*
                              Christopher Mead, Bar No. 08661
                              Noah Cherry, PRO HAC VICE
                              555 Thirteen Street, NW
                              Suite 500 West
                              Washington, DC 20004

        Telephone: (202) 628-4199
        Facsimile: (202) 628-4177
        cmead@schertlerlaw.com
        ncherry@schertlerlaw.com

        *Counsel for Anna Gabrielian*

        /s/ *David I. Schoen*
        David I. Schoen, Bar No. 28554
        2800 Zelda Road, Suite 100-6
        Montgomery, Alabama  36106
        Telephone: (334) 395-6611; (917) 941-7952
        Facsimile: (917) 591-7586
        Schoenlawfirm@gmail.com

        *Counsel for Jamie Lee Henry*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2023, a true and correct copy of the foregoing was electronically filed and served on counsel for the United States through ECF.

                                      */s/ David I. Schoen*