## Zelinsky, Aaron (USAMD)

| | |
|---|---|
| **From:** | David Schoen <schoenlawfirm@gmail.com> |
| **Sent:** | Thursday, November 16, 2023 12:55 PM |
| **To:** | Zelinsky, Aaron (USAMD) |
| **Cc:** | Christopher Mead; Cunningham, Michael (USAMD); Noah Cherry |
| **Subject:** | Re: [EXTERNAL] U.S. v. Gabrielian - follow up on docketing our Speedy Trial Act waiver re: CIPA |

Got it. Thanks. David

On Thu, Nov 16, 2023 at 12:48 PM Zelinsky, Aaron (USAMD) <Aaron.Zelinsky@usdoj.gov> wrote:

> David-
>
> We have no objection to including that information, and you can say we have indicated we don't oppose tolling of the STA.
>
> Aaron
>
> **From:** David Schoen <schoenlawfirm@gmail.com>
> **Sent:** Wednesday, November 15, 2023 10:05 PM
> **To:** Zelinsky, Aaron (USAMD) <AZelinsky@usa.doj.gov>
> **Cc:** Christopher Mead <cmead@schertlerlaw.com>; Cunningham, Michael (USAMD) <mcunningham@usa.doj.gov>; Noah Cherry <ncherry@schertlerlaw.com>
> **Subject:** Re: [EXTERNAL] U.S. v. Gabrielian - follow up on docketing our Speedy Trial Act waiver re: CIPA
>
> Ok. Good to know. Thanks. I think I'd like to include the Speedy Trial Act waiver in the notice on CIPA mainly because my sense was the judge wanted us to acknowledge it. Her email included asking for a confirmation on it. I could be misreading that but it seems to me in good faith we should do it and then you do your separate filing if that is protocol and it should all be covered.
>
> David
>
> On Wed, Nov 15, 2023 at 10:00 PM Zelinsky, Aaron (USAMD) <Aaron.Zelinsky@usdoj.gov> wrote:
>
>> Ordinarily in our district the government takes care of the Speedy Trial Act waiver (there's a motion and proposed order we use that we filed earlier in this case that has a number of findings, including (h)(7)(A). I think the easiest thing

is just a notice regarding your intent to seek security clearances and belief that there's potential CIPA litigation as discussed. Then we will take care of the STA.

That said, if you feel the need, you are welcome to use (h)(7)(A) and say we don't oppose the STA motion.  Ordinarily we do it is as separate motion with a proposed order and findings.

Aaron

**From:** David Schoen <schoenlawfirm@gmail.com>
**Sent:** Wednesday, November 15, 2023 6:42 PM
**To:** Zelinsky, Aaron (USAMD) <AZelinsky@usa.doj.gov>; Cunningham, Michael (USAMD) <mcunningham@usa.doj.gov>; Christopher Mead <cmead@schertlerlaw.com>; Noah Cherry <ncherry@schertlerlaw.com>; David Schoen <Schoenlawfirm@gmail.com>
**Subject:** [EXTERNAL] U.S. v. Gabrielian - follow up on docketing our Speedy Trial Act waiver re: CIPA

In thinking through the notice we will file to follow up on the Court's direction (and our email exchange earlier today) in order to formalize on the docket the invocation of CIPA and our understanding that the trial will be postponed, it seems to me the (h)(7)(A) (ends of justice) Speedy Trial Act waiver is the appropriate basis to cite (with findings) and I also think here (h)(1)(D) (pending motions) would be appropriate as well since part of the motion taken up the other day is being reserved to see where we are on the issues after the CIPA process is completed.

Assuming those are the waiver bases cited, I just wanted to ascertain the Government's position or I can say nothing about the Government's view if you prefer.  I can just make it an (h)(7)(A) basis if you prefer.

David

David I. Schoen

Attorney at Law

2800 Zelda Road, Suite 100-6

Montgomery, Alabama  36106

334-395-6611

Schoenlawfirm@gmail.com

DSchoen593@aol.com

David@Schoenlawfirm.com

www.schoenlawfirm.com

3