11/14/2023, 11:14AM: Email from AUSA Zelinsky to National Security Division

11/14/2023, 2:02PM: Email from AUSA Zelinsky to National Security Division

11/14/2023, 3:19PM: Email from National Security Division to AUSA Zelinsky

11/14/2023, 4:51PM: Email from AUSA Zelinsky to National Security Division

11/14/2023, 5:03PM: Email from National Security Division to AUSA Zelinsky

11/21/2023, 1:10PM: Email from AUSA Zelinsky to National Security Division

11/21/2023, 1:40PM: Email from National Security Division to AUSA Zelinsky

2/1/2024, 2:20PM: Email from AUSA Cunningham to National Security Division

2/1/2024, 2:45PM: Email from National Security Division to AUSA Cunningham

2/8/2024, 3:53PM: Email from AUSA Cunningham to National Security Division

2/20/2024, 3:53PM: Email from AUSA Zelinsky to National Security Division

2/20/2024, 3:53PM: Email from AUSA Zelinsky to National Security Division

2/21/2024, 4:04PM: Email from National Security Division to AUSA Zelinsky

2/21/2024, 8:27PM: Email from AUSA Zelinsky to National Security Division

2/22/2024, 3:27PM: Email from AUSA Zelinsky to National Security Division

2/22/2024, 4:19PM: Email from AUSA Zelinsky to National Security Division

2/22/2024, 4:20PM: Email from AUSA Cunningham to National Security Division

2/22/2024, 4:30PM: Email from National Security Division to AUSA Zelinsky

2/22/2024, 4:52PM Email from National Security Division to AUSA Zelinsky

2/22/2024, 4:46PM: Email from AUSA Cunningham to National Security Division

5/6/2024, 3:24PM: Email from AUSA Zelinsky to National Security Division

5/6/2024, 3:30PM: Email from AUSA Zelinsky to National Security Division

5/6/2024, 3:32PM: Email from AUSA Zelinsky to National Security Division