

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

USDC-BALTIMORE
'24 OCT 3 PM2:47

October 3, 2024

## RECEIPT FOR RETURN OF PASSPORT

Re:    UNITED STATES OF AMERICA vs. "Jamie Lee Henry"
Case No. 1:22-cr-336-SAG-2

I hereby acknowledge receipt from the Clerk of one Passport ending with 8971

issued by the United States of America which is being returned pursuant to the Court's

Order.

October 3, 2024
Date

_____
Signature of Defendant or Counsel

Jamie Lee Henry
Printed Name

904-633-6375
Telephone Number

Receipt for Return of Passport (2/2023)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov