**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. SAG-22-336 |
| | ) | |
| ANNA GARBIELIAN & | ) | |
| JAMIE LEE HENRY, | ) | |
| | ) | |
| *Defendants.* | ) | |

**MOTION TO WITHDRAW MOVANTS' MOTION FOR DISCLOSURE OF**
**GRAND JURY MATERIALS**

Movants, Anna Gabrielian and Jamie Lee Henry, now come with their motion to withdraw

their motion for disclosure of grand jury materials pursuant to Federal Rule of Criminal Procedure

6(e)(3)(E)(i). This motion is made without prejudice to the relief requested in the motion.

Dated: March 20, 2026.                    Respectfully submitted,


_____
David P. Sheldon
Law Offices of David P. Sheldon, P.L.L.C.
100 M Street, SE, Ste 600
Washington, DC 20003
Tel: 202.546.9575
Fax: 202.546.0135
Email: davidsheldon@militarydefense.com

*Attorney for Movants*

## <u>CERTIFICATE OF SERVICE</u>

I, undersigned, hereby certify that a true and correct copy of the foregoing was filed electronically with the Court's ECF electronic filing system and delivered electronically to counsel of record for the United States, listed below, on March 20, 2026:

Robert Goldaris
Robert.Goldaris@usdoj.gov

*/s// David P. Sheldon*
David P. Sheldon